BRAD D. KRASNOFF, TRUSTEE
1901 Avenue of the Stars, Suite 450
Los Angeles, CA  90067-6006
Telephone:  (310) 277-0077
Facsmile:  (310) 277-5735
BDKTrustee@danninggill.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Al Relays, LLC | § | Case No. 2:15-bk-18869-BB |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRAD D. KRASNOFF, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> UNITED STATES BANKRUPTCY COURT
> CENTRAL DISTRICT OF CALIFORNIA
> EDWARD R. ROYBAL FEDERAL BUILDING
> 255 E. TEMPLE STREET, ROOM 940
> LOS ANGELES, CA 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:00 p.m. on 12/16/20.  In response to Covid-19, as of March 12, 2020 and until further notice, appearances (if desired or required) must be made telephonically.  Telephone appearances may be arranged, not later than 3:00 p.m. the day prior to the hearing, by calling CourtCall at 888-882-6878 or going to http://courtcall.com.  Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  11/09/2020                                      By:  /s/ BRAD D. KRASNOFF
                                                                               TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In Re: §
§
Al Relays, LLC § Case No. 2:15-bk-18869-BB
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,844,100.12 |
| and approved disbursements of | $ | 3,377,304.04 |
| leaving a balance on hand of[1] | $ | 466,796.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 9 | SUFFOLK COUNTY DIV OF FINANCE & TAXATION | $ 156,722.99 | $ 156,722.99 | $ 156,722.99 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 466,796.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Brad D. Krasnoff | $ 138,573.00 | $ 120,000.00 | $ 18,573.00 |
| Trustee Expenses: Brad D. Krasnoff | $ 481.70 | $ 0.00 | $ 481.70 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: DANNING GILL ISRAEL & KRASNOFF LLP | $ 718,677.00 | $ 589,039.00 | $ 129,638.00 |
| Attorney for Trustee Expenses: DANNING GILL ISRAEL & KRASNOFF LLP | $ 8,077.49 | $ 7,741.70 | $ 335.79 |
| Accountant for Trustee Fees: LEA ACCOUNTANCY | $ 65,498.50 | $ 43,185.00 | $ 22,313.50 |
| Accountant for Trustee Expenses: LEA ACCOUNTANCY | $ 1,047.13 | $ 529.93 | $ 517.20 |
| Charges: UNITED STATES BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Anderson Kill, P.C. | $ 24,077.25 | $ 24,077.25 | $ 0.00 |
| Other: Anderson Kill, P.C. | $ 12.12 | $ 12.12 | $ 0.00 |
| Other: BARNES & THORNBURG, LLP | $ 24,525.00 | $ 24,525.00 | $ 0.00 |
| Other: FRANCHISE TAX BOARD | $ 2,909.29 | $ 2,109.29 | $ 800.00 |
| Other: Leslie Cohen Law PC | $ 11,062.70 | $ 11,062.70 | $ 0.00 |
| Other: Leslie Cohen Law PC | $ 605.51 | $ 605.51 | $ 0.00 |
| Other: Napoli Shkolnik PLCC | $ 99,564.90 | $ 99,564.90 | $ 0.00 |
| Other: Napoli Shkolnik PLCC | $ 6,884.10 | $ 6,884.10 | $ 0.00 |
| Other: NYS DEPT OF TAXATION & FINANCE | $ 300.00 | $ 0.00 | $ 300.00 |
| Other: REED SMITH LLP | $ 70,915.50 | $ 62,401.00 | $ 8,514.50 |
| Other: REED SMITH LLP | $ 581.36 | $ 0.00 | $ 581.36 |

Total to be paid for chapter 7 administrative expenses        $         182,405.05

Remaining Balance        $         284,391.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $15,107,786.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dix Hills Water District | $ 14,854,000.00 | $ 1,671,167.42 * | $ 279,889.00 * |
| 5 | The State Of New York | $ 253,786.74 | $ 28,832.58 | $ 4,502.03 |
| | Total to be paid to timely general unsecured creditors | | $ | 284,391.03 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

*Of the $1,671,167.42 in interim distributions made regarding Claim No. 1, the sum of $219,591.40 (13.14% of the total interim distributions) was paid to the firm of Napoli Shkolnik PLLC ("Napoli"), and the sum of $24,399.04 (1.46% of the total interim distributions) was paid to the firm of Leslie Cohen Law PC ("Cohen") per agreement and order. Presuming that Claim No. 1 receives a final distribution of (as currently proposed) $279,889.00, Napoli would receive 13.14% of the distribution ($36,777.41), Cohen would receive 1.46% of the distribution ($4,086.38), and the claimant would receive the remainder ($239,025.21). If the final distribution amount to Claim No. 1 changes, the percentages paid to Napoli and Cohen and claimant would remain the same.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ BRAD D. KRASNOFF
                          TRUSTEE

*Brad D. Krasnoff*
*1901 Avenue of the Stars, Suite 450*
*Los Angeles, CA  90067-6006*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.