ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
ZEV SHECHTMAN (State Bar No. 266280)
*zshechtman@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Applicant as Attorneys for Brad D. Krasnoff,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AL Relays, LLC,<br><br>             Debtor. | Case No. 2:15-bk-18869-BB<br><br>Chapter 7<br><br>**FIRST SUPPLEMENT TO FIFTH AND FINAL REQUEST FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS GENERAL COUNSEL TO TRUSTEE (DOC. NO. 388)**<br><br>Date:    December 16, 2020<br>Time:    2:00 p.m.<br>Place:   Courtroom "1539"<br>            255 East Temple Street<br>            Los Angeles, California 90012 |

PLEASE TAKE NOTICE that on September 22, 2020, Danning, Gill, Israel & Krasnoff, LLP ("Danning-Gill") filed its Fifth And Final Application For Award Of Compensation And Reimbursement Of Expenses Of Danning, Gill, Israel & Krasnoff, LLP, As General Counsel To Chapter 7 Trustee (*docket no. 388*) (the "Final Fee Application).  After consultation with the Office of the United States Trustee, Danning-Gill hereby withdraws its request in the Final Fee

/ / /

/ / /

/ / /

1 | Application for a fee enhancement in this case. The final requests for allowance are $618,677.00

2 | and $8,077.49 for fees and costs, respectively.

3

4 | DATED: November 30, 2020     DANNING, GILL, ISRAEL & KRASNOFF, LLP

5

6 |                        By:      /s/ Eric P. Israel
7 |                             ERIC P. ISRAEL
    |                             Applicant as Attorneys for Brad D. Krasnoff,
8 |                             Chapter 7 Trustee

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1625914.1  1518869A                    2

# PROOF OF SERVICE OF DOCUMENT

A true and correct copy of the foregoing document entitled (*specify*): **FIRST SUPPLEMENT TO FIFTH AND FINAL REQUEST FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, ISRAEL & KRASNOFF, LLP AS GENERAL COUNSEL TO TRUSTEE** *(DOC. NO. 388)* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 30, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 30, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 30, 2020 | Vivian Servin | */s/ Vivian Servin* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Philip W Allogramento on behalf of Debtor AL Relays, LLC
pallogramento@connellfoley.com

Kyra E Andrassy on behalf of Creditor DRI Relays, LLC
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Defendant DRI Relays, LLC
kandrassy@swelawfirm.com,
lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

J Scott Bovitz on behalf of Interested Party Great American Insurance Company
bovitz@bovitz-spitzer.com

Louis J. Cisz, III on behalf of Debtor AL Relays, LLC
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com

Leslie A Cohen on behalf of Plaintiff Brad D. Krasnoff
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com

Robert Gitelman on behalf of Interested Party Courtesy NEF
rgitelman@napolilaw.com

Andrew N Goldfarb on behalf of Defendant DRI Relays, LLC
agoldfarb@zuckerman.com, gcolon@zuckerman.com;cocroinin@zuckerman.com

Andrew N Goldfarb on behalf of Interested Party Courtesy NEF
agoldfarb@zuckerman.com, gcolon@zuckerman.com;cocroinin@zuckerman.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

Eric P Israel on behalf of Attorney Danning Gill Diamond & Kollitz, LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Interested Party Courtesy NEF
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Special Counsel Barnes & Thornburg LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Trustee Brad D Krasnoff (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          F 9013-3.1.PROOF.SERVICE

Thomas F Koegel on behalf of Interested Party Carl Deutsch
tkoegel@crowell.com, mlichtenstein@crowell.com

Brad D Krasnoff (TR)
BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com

Ian Landsberg on behalf of Debtor AL Relays, LLC
ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com

Robert S Marticello on behalf of Creditor DRI Relays, LLC
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello on behalf of Defendant DRI Relays, LLC
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Gavin McCabe on behalf of Creditor New York State Department of Environmental Conservation
gavin.mccabe@ag.ny.gov

George E Schulman on behalf of Trustee Brad D Krasnoff (TR)
GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Zev Shechtman on behalf of Attorney Danning Gill Diamond & Kollitz, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Courtesy NEF
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Trustee Brad D Krasnoff (TR)
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Thomas R Slome on behalf of Interested Party Courtesy NEF
tslome@msek.com, lgomez@msek.com

Autumn D Spaeth, ESQ on behalf of Defendant DRI Relays, LLC
gcruz@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com

Autumn D Spaeth, ESQ on behalf of Interested Party Courtesy NEF
gcruz@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Bruce J Zabarauskas on behalf of Interested Party Engel Burman Daly Road LLC
bruce.zabarauskas@tklaw.com, tonya.loera@tklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

**2. SERVED BY U.S. MAIL**

| Debtor | U.S. Trustee | The Honorable Sheri Bluebond |
|---|---|---|
| AL Relays, LLC | United States Trustee (LA) | U.S. Bankruptcy Court |
| 2444 Wilshire Blvd., Ste. 600 | 915 Wilshire Blvd, Suite 1850 | 255 E. Temple Street. Suite 1534 |
| Santa Monica, CA 90403 | Los Angeles, CA 90017 | Los Angeles, CA 90012 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                           **F 9013-3.1.PROOF.SERVICE**