BRAD D. KRASNOFF (TR) (State Bar No. 125065)
*BDKTrustee@DanningGill.com*
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone:   (310) 277-0077
Facsimile:    (310) 277-5735

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AL RELAYS, LLC,<br><br>Debtor. | Case No. 2:15-bk-18869-BB<br><br>Chapter 7<br><br>**DECLARATION OF BRAD D. KRASNOFF RE ORDER ON FINAL FEE APPLICATIONS**<br><br>Date: December 16, 2020<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>   255 E. Temple Street<br>   Los Angeles, California |

I, Brad D. Krasnoff, declare as follows:

1. I am the Chapter 7 Trustee in the above-referenced case. I have personal knowledge of the matters discussed below, and if called as a witness, I could and would competently testify thereto.

2. On December 18, 2020, an order was uploaded to the Court regarding allowance of final fee applications. The order which was entered by the Court on the same day, i.e,, December 18, 2020, includes an incorrect reference to the amounts requested for allowance and payment by Danning, Gill, Israel and Krasnoff, LLP, the Trustee's general counsel.

///

///

1629610.1  1518869                               1

The correct final request and allowance should total $618,677.00 instead of $718,677.00. The amount remaining to be paid should total $29,638.00 in fees, instead of $129,638.00 in fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 21st day of December, 2020 at Manhattan Beach, California.

_____
BRAD D. KRASNOFF

1629610.1  1518869

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*):  DECLARATION OF BRAD D. KRASNOFF RE ORDER ON FINAL FEE APPLICATIONS  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  December 21, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**: On (*date*)  December 21, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
AL Relays, LLC
2444 Wilshire Blvd., Ste. 600
Santa Monica, CA 90403

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 21, 2020 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

# 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Philip W Allogramento on behalf of Debtor AL Relays, LLC
pallogramento@connellfoley.com

Kyra E Andrassy on behalf of Creditor DRI Relays, LLC
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

Kyra E Andrassy on behalf of Defendant DRI Relays, LLC
kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com

J Scott Bovitz on behalf of Interested Party Great American Insurance Company
bovitz@bovitz-spitzer.com

Louis J. Cisz, III on behalf of Debtor AL Relays, LLC
lcisz@nixonpeabody.com, jzic@nixonpeabody.com

Leslie A Cohen on behalf of Interested Party Courtesy NEF
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com

Leslie A Cohen on behalf of Plaintiff Brad D. Krasnoff
leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com

Robert Gitelman on behalf of Interested Party Courtesy NEF
rgitelman@napolilaw.com

Andrew N Goldfarb on behalf of Defendant DRI Relays, LLC
agoldfarb@zuckerman.com, gcolon@zuckerman.com;cocroinin@zuckerman.com

Andrew N Goldfarb on behalf of Interested Party Courtesy NEF
agoldfarb@zuckerman.com, gcolon@zuckerman.com;cocroinin@zuckerman.com

Vivian Ho on behalf of Creditor FRANCHISE TAX BOARD
BKClaimConfirmation@ftb.ca.gov

Eric P Israel on behalf of Attorney Danning Gill Diamond & Kollitz, LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Attorney Danning, Gill, Israel & Krasnoff, LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Interested Party Courtesy NEF
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Special Counsel Barnes & Thornburg LLP
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Eric P Israel on behalf of Trustee Brad D Krasnoff (TR)
eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com

Thomas F Koegel on behalf of Interested Party Carl Deutsch
tkoegel@crowell.com, mlichtenstein@crowell.com

Brad D Krasnoff (TR)
BDKTrustee@DanningGill.com, bkrasnoff@ecf.axosfs.com;DanningGill@gmail.com

Ian Landsberg on behalf of Debtor AL Relays, LLC
ilandsberg@sklarkirsh.com,
lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Robert S Marticello on behalf of Creditor DRI Relays, LLC
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Robert S Marticello on behalf of Defendant DRI Relays, LLC
Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com

Gavin McCabe on behalf of Creditor New York State Department of Environmental Conservation
gavin.mccabe@ag.ny.gov

George E Schulman on behalf of Trustee Brad D Krasnoff (TR)
GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com

Zev Shechtman on behalf of Attorney Danning Gill Diamond & Kollitz, LLP
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Interested Party Courtesy NEF
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Zev Shechtman on behalf of Trustee Brad D Krasnoff (TR)
zshechtman@DanningGill.com, danninggill@gmail.com;zshechtman@ecf.inforuptcy.com

Thomas R Slome on behalf of Interested Party Courtesy NEF
tslome@msek.com, lgomez@msek.com

Autumn D Spaeth, ESQ on behalf of Defendant DRI Relays, LLC
gcruz@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com

Autumn D Spaeth, ESQ on behalf of Interested Party Courtesy NEF
gcruz@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Bruce J Zabarauskas on behalf of Interested Party Engel Burman Daly Road LLC
bruce.zabarauskas@tklaw.com, tonya.loera@tklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**